DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW C. BOCKMON, Bar # 161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
SERVANDO SANCHEZ GARCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> SERVANDO SANCHEZ GARCIA, <br><br> Defendant. | NO. CR-S-12-262 WBS <br><br> **STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE STATUS CONFERENCE AND TO EXCLUDE TIME** <br><br> Date: October 22, 2012 <br> Time: 9:30 a.m. <br> Judge: William B. Shubb |

It is hereby stipulated and agreed to by and between the United States of America, through Samuel Wong, Assistant U.S. Attorney, and defendant, SERVANDO SANCHEZ GARCIA, by and through his counsel, Matthew C. Bockmon, Assistant Federal Defender, that the status conference hearing date of Monday, September 17, 2012, be continued to Monday, October 22, 2012, at 9:30 a.m.

The reason for this continuance is because defense counsel needs additional for defense preparation, and to visit the defendant at the Sacramento County Jail with the office interpreter.

It is further stipulated that the Court should exclude from computation of time within which the trial of this case must be commenced under the Speedy Trial Act time from the date of this stipulation, September 14, 2012, through and including October 22, 2012, pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) [reasonable time to prepare] and Local Code T4.

/ / /

/ / /

| | |
|---|---|
| 1 | The parties further stipulate and agree that the Court should find that the ends of justice to be served in granting the continuance and allowing the defendant further time to prepare outweigh the best interest of the public and the defendant to a speedy trial. |

Dated: September 14, 2012        Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

 /s/ Matthew C. Bockmon
MATTHEW C. BOCKMON
Assistant Federal Defender
Attorney for Defendant
SERVANDO SANCHEZ GARCIA

Dated: September 14, 2012        BENJAMIN B. WAGNER
United States Attorney

 /s/ Matthew C. Bockmon for
SAMUEL WONG
Assistant U.S. Attorney
Attorney for Plaintiff

**O R D E R**

Based on the reasons set forth in the stipulation of the parties filed on September 14, 2012, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety. IT IS HEREBY ORDERED that the status conference currently scheduled for Monday, September 17, 2012, be vacated, and that the case be set for **Monday, October 22, 2012, at 9:30 a.m.** The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' September 14, 2012, stipulation, the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period of September 14, 2012, through and including October 22, 2012, pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare taking into account due diligence.

Dated: September 14, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE