1   DANIEL J. BRODERICK, Bar #89424
    Federal Defender
2   MATTHEW C. BOCKMON, Bar # 161566
    Assistant Federal Defender
3   Designated Counsel for Service
    801 I Street, 3rd Floor
4   Sacramento, California  95814
    Telephone: (916) 498-5700
5
    Attorney for Defendant
6   SERVANDO SANCHEZ GARCIA

7

8                      IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )   NO. CR-S-12-262 WBS
                                       )
12              Plaintiff,             )
                                       )   **STIPULATION AND [PROPOSED] ORDER**
13       v.                            )   **TO CONTINUE STATUS CONFERENCE AND**
                                       )   **TO EXCLUDE TIME**
14                                     )
    SERVANDO SANCHEZ GARCIA,           )   Date:  November 26, 2012
15                                     )   Time:  9:30 a.m.
                Defendant.             )   Judge: William B. Shubb
16  _____   )

17       It is hereby stipulated and agreed to by and between the United States of America, through Samuel

18  Wong, Assistant U.S. Attorney, and defendant, SERVANDO SANCHEZ GARCIA, by and through his

19  counsel, Matthew C. Bockmon, Assistant Federal Defender, that the status conference hearing date of Monday,

20  October 22, 2012, be continued to Monday, November 26, 2012, at 9:30 a.m.

21       The reason for this continuance is because defense counsel needs additional time for defense

22  preparation, and to visit the defendant at the Sacramento County Jail with the office interpreter.

23       It is further stipulated that the Court should exclude from computation of time within which the trial

24  of this case must be commenced under the Speedy Trial Act time from the date of this stipulation, October

25  16, 2012, through and including November 26, 2012, pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv)

26  [reasonable time to prepare] and Local Code T4.

27  / / /

28  / / /

1    The parties further stipulate and agree that the Court should find that the ends of justice to be served

2    in granting the continuance and allowing the defendant further time to prepare outweigh the best interest of

3    the public and the defendant to a speedy trial.

4    Dated: October 16, 2012                          Respectfully submitted,

5                                                      DANIEL J. BRODERICK
                                                       Federal Defender
6
                                                       /s/ Matthew C. Bockmon
7                                                      MATTHEW C. BOCKMON
                                                       Assistant Federal Defender
8                                                      Attorney for Defendant
                                                       SERVANDO SANCHEZ GARCIA
9

10   Dated: October 16, 2012                          BENJAMIN B. WAGNER
                                                       United States Attorney
11
                                                       /s/ Matthew C. Bockmon for
12                                                     SAMUEL WONG
                                                       Assistant U.S. Attorney
13                                                     Attorney for Plaintiff

14                                      **O R D E R**

15       Based on the reasons set forth in the stipulation of the parties filed on October 16, 2012, and good

16   cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety.  IT IS HEREBY

17   ORDERED that the status conference currently scheduled for Monday, October 22, 2012, be vacated, and that

18   the case be set for **Monday, November 26, 2012, at 9:30 a.m.**  The Court finds that the ends of justice to be

19   served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

20   Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' October 16, 2012,

21   stipulation, the time within which the trial of this matter must be commenced under the Speedy Trial Act is

22   excluded during the time period of October 16, 2012, through and including November 26, 2012, pursuant

23   to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code T4, due to the need to provide defense counsel with

24   the reasonable time to prepare taking into account due diligence.

25   Dated:    October 16, 2012

26                                      WILLIAM B. SHUBB

27                                      UNITED STATES DISTRICT JUDGE

28                                              2