```
1  BENJAMIN B. WAGNER
   United States Attorney
2  SAMUEL WONG
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2772
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:12-CR-262 TLN |
| Plaintiff, | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE DATE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |
| v. | |
| SERVANDO SANCHEZ GARCIA, | |
| Defendant. | Court: Hon. Troy L. Nunley |

It is hereby stipulated and agreed by and between plaintiff United States of America, on the one hand, and defendant Servando Sanchez Garcia, on the other hand, through their respective attorneys, that:

(1) the presently set April 29, 2013, status conference shall be continued to May 30, 2013, at 9:30 a.m.; and (2) time from the date of the parties' stipulation, April 25, 2013, through, and including, May 30, 2013, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local

1

1 | Codes T4 (reasonable time for defense counsel to prepare).
2 | The parties stipulate and agree that the United States has
3 | produced discovery to defense counsel and defense counsel needs
4 | additional time to review the discovery, investigate the facts,
5 | conduct legal research regarding possible defenses, and confer
6 | with his client regarding these matters.  The parties have
7 | discussed settlement of the case, however, more time is needed to
8 | reduce their settlement discussions into a formal written plea
9 | agreement and then explain the ramifications of the proposed plea
10 | agreement to defendant.  The task of conferring with the client
11 | is made more difficult due to the need to use a Spanish/English
12 | language interpreter to conduct communications between defense
13 | counsel and client.
14 | Based on these facts, the parties stipulate and agree that
15 | the Court shall find:  (1) the trial delay and exclusion of time
16 | requested herein is necessary to provide defense counsel
17 | reasonable time to prepare defendant's defense taking into
18 | account due diligence; and (2) the ends of justice to be served
19 | by granting the requested continuance outweigh the best interests
20 | of the public and defendant in a speedy trial.

Dated: April 25, 2013           /s/ Matthew Bockmon
                                _____
                                MATTHEW BOCKMON
                                Attorney for Defendant
                                Servando Sanchez Garcia
                                (per telephone authorization)

Dated: April 25, 2013           BENJAMIN B. WAGNER
                                UNITED STATES ATTORNEY

                                     /s/ Samuel Wong
                                By: _____
                                SAMUEL WONG
                                Assistant U.S. Attorney

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

The Court orders that the time from the date of the parties' stipulation, April 25, 2013, to and including the new May 30, 2013, status conference hearing date shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), and Local Code T4 (reasonable time for defense counsel to prepare). It is further ordered that the presently set April 29, 2013, status conference shall be continued to May 30, 2013, at 9:30 a.m.

Dated: April 29, 2013

Troy L. Nunley
United States District Judge