HEATHER E. WILLIAMS, Bar #122664
Federal Defender
MATTHEW C. BOCKMON, Bar # 161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
SERVANDO SANCHEZ GARCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR. S-12-262 TLN |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND TO EXCLUDE TIME** |
| SERVANDO SANCHEZ GARCIA, | Date: October 17, 2013 |
| Defendant. | Time: 9:30 a.m. |
| | Judge: Troy L. Nunley |

It is hereby stipulated and agreed by and between plaintiff United States of America, on the one hand, and defendant Servando Sanchez Garcia, on the other hand, through their respective attorneys, that the presently set September 12, 2013, status conference shall be continued to October 17, 2013, at 9:30 a.m. and time from the date of the parties' stipulation, September 9, 2013, through, and including, October 17, 2013, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B) (iv) and Local Codes T4 (reasonable time for defense counsel to prepare). The parties stipulate and agree that the United States has produced discovery to defense counsel and defense counsel needs additional time to review the discovery, investigate the facts, conduct legal research regarding possible defenses, and confer with his client regarding these matters. The parties have discussed settlement of the case, however, more time is needed to reduce their settlement discussions into a formal written plea agreement. Based on these facts, the parties stipulate and agree that the Court shall find: (1) the trial delay and exclusion of time requested

herein is necessary to provide defense counsel reasonable time to prepare defendant's defense taking into account due diligence; and (2) the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and defendant in a speedy trial.

Dated: September 9, 2013        Respectfully submitted,

       HEATHER E. WILLIAMS
       Federal Defender

       */s/ Matthew C. Bockmon*
       MATTHEW C. BOCKMON
       Assistant Federal Defender
       Attorney for Defendant
       SERVANDO SANCHEZ GARCIA

Dated: September 9, 2013        BENJAMIN B. WAGNER
       United States Attorney

       */s/ Matthew C. Bockmon for*
       SAMUEL WONG
       Assistant U.S. Attorney
       Attorney for Plaintiff

## **O R D E R**

Based on the reasons set forth in the stipulation of the parties filed on September 9, 2013, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety. IT IS HEREBY ORDERED that the status conference currently scheduled for Thursday, September 12, 2013, be vacated, and that the case be set for **Thursday, October 17, 2013, at 9:30 a.m.** The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' September 9, 2013, stipulation, the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period of September 9, 2013, through and including October 17, 2013, pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare taking into account due diligence.

Dated: September 10, 2013

                                   Troy L. Nunley
                                   United States District Judge